IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM D. DUREN, )
)
        Plaintiff, )
)
vs. ) Civil No. 17-cv-544-JPG-CJP
)
COMMISSIONER of SOCIAL SECURITY, )
)
        Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff William D. Duren.

**DATED:   March 22, 2018**

                                      **JUSTINE FLANAGAN,**
                                      **Acting Clerk of Court**

                                      **BY: s/Tina Gray**
                                              **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**